# FLORIDA SUPREME COURT

# NOTICE OF CORRECTION

**DATE:** February 25, 2021

**CASE OF:** ROBERT CRAFT V. STATE OF FLORIDA

**DOCKET NO.:** SC19-953          **OPINION FILED:** November 19, 2020

**ATTENTION: ALL PUBLISHERS**

**THE FOLLOWING CORRECTION HAS BEEN MADE IN THE ABOVE OPINION:**

On p. 22, footnote 6, line 1, "Robinson" was changed to "Rogers."

**SIGNED: OPINION CLERK**